## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 09-80524-CIV-ZLOCH

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

FRANK C. CALMES,
LYNN D. ROWNTREE,
MANNY J. SHULMAN,
YOUNGER AMERICA, INC. (formerly known as
Infinity Acquisition Corp.), and
JAMES E. PRATT, ESQ.,

        Defendants, and

KRYSTAL A. BECNEL,

        Relief Defendants.

_____/

### <u>ORDER</u>

      This matter comes before the Court upon Plaintiff Securities and Exchange Commission's Motion *in Limine* to Strike Affirmative Defenses of Defendant Shulman and Relief Defendant Becnel as Irrelevant [D.E. 58] and Plaintiff Securities and Exchange Commission's Motion *in Limine* for Adverse Inferences Against Manny J. Shulman and to Strike Affirmative Defenses [D.E. 59], upon referral by the Honorable William J. Zloch.  *See* D.E. 67.  The Court has reviewed the Securities and Exchange Commission's ("SEC") Motions and filings in support thereof, as well as the record in this matter.  Neither Defendant Shulman nor Relief Defendant Becnel has filed any response to either Motion *in Limine*.  As a result, the Court does not know whether Defendant

Shulman and Relief Defendant Becnel oppose all or any of the relief sought in the pending Motions *in Limine*.

Consequently, it is hereby **ORDERED AND ADJUDGED** that Defendant Shulman shall file a response to both of the SEC's pending Motions *in Limine*, and Relief Defendant Becnel shall file a response to the SEC's Motion *in Limine* to Strike Affirmative Defenses [D.E. 58], stating whether they oppose the relief sought in these Motions *in Limine*, and, if so, the basis for their positions.  If Defendant Shulman and Relief Defendant Becnel do not oppose the relief sought in these Motions *in Limine*, they shall so state in their responses.  Defendant Shulman and Relief Defendant Becnel shall file their responses by no later than **Wednesday, November 3, 2010**.  Failure to file responses may result in the granting of the Motions *in Limine* by default.

**DONE AND ORDERED** this 22nd day of October 2010.

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. William J. Zloch

Counsel of Record

Manny J. Shulman and Krystal A. Becnel (by certified mail)
4500 N.W. 23rd Court
Boca Raton, Florida  33431

-2-